**Order filed October 4, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00330-CR
_____

**SYLVIA MARIE COLLINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1390220**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **Defendant's Exhibit 1.**

The clerk of the 178th District Court is directed to deliver to the Clerk of this court the original of Defendant's Exhibit 1, on or before **October 11, 2016.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Defendant's Exhibit 1, to the clerk of the 178th District Court.

PER CURIAM